FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2021

No. 04-21-00240-CV

**INTEREST OF C.H., J.H., E.H., I.B.H., AND I.A.H.**

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. CV06287
Honorable Pedro (Pete) Gomez Jr., Judge Presiding

# O R D E R

    This is an accelerated appeal of an order terminating Appellant R.H.'s parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Although Appellant R.H.'s notice of appeal was filed in March 2021, it was not forwarded to this court until June 11, 2021. Thus, the 180-day deadline in this appeal will run in September 2021.

    Appellant R.H.'s brief was due July 13, 2021, but has not been filed. We ORDER Appellant R.H. to file her brief on or before **August 2, 2021**. Because of the time constraints of this accelerated appeal, no extensions will be granted. If Appellant R.H.'s brief is not filed by August 2, 2021, we may abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court